1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

12

| ALICIA KAY HONABACH, | Case No. 3:12-cv-05523-RBL-KLS |
| Plaintiff, | |
| v. | ORDER DISMISSING PLAINTIFFS COMPLAINT WITHOUT PREJUDICE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

13        The Court, having reviewed the report and recommendation and the remaining record,

14  hereby finds and ORDERS:

15        (1)      the Magistrate Judge's report and recommendation is approved and adopted;

16        (2)      plaintiff's complaint hereby is dismissed; and

17

18        (4)      the Clerk is directed to send copies of this Order to petitioner and any other party

19                that has appeared in this action.

20        DATED this 28th day of December, 2012.

21

22

23

24

25      _____
        Ronald B. Leighton
26      United States District Judge

ORDER - 1