UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALICIA KAY HONABACH,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 3:12-cv-05523-RBL-KLS

ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

The Court, having reviewed the report and recommendation and the remaining record, hereby finds and ORDERS:

(1)    the Magistrate Judge's report and recommendation is approved and adopted;

(2)    plaintiff's complaint hereby is dismissed; and

(4)    the Clerk is directed to send copies of this Order to petitioner and any other party that has appeared in this action.

DATED this 28th day of December, 2012.

                                                Ronald B. Leighton
                                                United States District Judge

ORDER - 1